JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ESTELA MONZON.<br><br>     Plaintiff,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>     Defendant. | Case No.: 2:19-cv-01654 MWF(ASx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

## <u>ORDER</u>

     Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

     1.     All claims in the above-entitled action are dismissed in their entirety with prejudice; and

     2.     Each party is to bear its/her own fees and costs;

     **IT IS SO ORDERED.**

Dated:  June 12, 2020     _____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE